AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

STEPHEN FLOYD VOSS,

       Plaintiff,         AMENDED JUDGMENT IN A CIVIL CASE
  V.

                          CASE NUMBER: **3:08-CV-00682-LRH-RAM**

NEVADA DEPARTMENT OF
CORRECTIONS ,

       Defendant.

       **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

       **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED** that this action is dismissed **WITHOUT PREJUDICE** pursuant to Order (#40), and Plaintiff's voluntary dismissal of this action (#33).

  October 16, 2009                                    **LANCE S. WILSON**
                                                          Clerk


                                                          /s/ D. R. Morgan
                                                           Deputy Clerk